UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RHODA Y. SOLOMON,<br><br>        Plaintiff,<br><br>   v.<br><br>AURORA LOAN SERVICES LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendant.<br>_____/ | NO. CIV. 2:12-209 WBS KJN<br><br><u>ORDER RE: MOTION TO DISMISS</u> |

----oo0oo----

        Plaintiff Rhoda Y. Solomon brings this action against defendant Aurora Loan Services LLC ("Aurora"), arising from defendant's allegedly wrongful conduct related to a residential loan. On February 17, 2012, Aurora filed a motion to dismiss the Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docket No. 7.) Plaintiff has now filed a late statement of non-opposition to Aurora's motion to dismiss. (Docket No. 9.)

1

1 IT IS THEREFORE ORDERED that Aurora's motion to dismiss
2 be, and the same hereby is, GRANTED.
3 Plaintiff has twenty days from the date of this Order
4 to file an amended complaint.
5 DATED: March 29, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE