HAROUNI LAW GROUP
KAIVAN HAROUNI [SBN 256582]
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Telephone: 310-693-8333
Facsimile: 310-494-9499
Email: KH@harounilaw.com

Attorney for Plaintiff RHODA Y. SOLOMON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHODA Y. SOLOMON, an individual,<br><br>Plaintiff,<br>    vs.<br><br>AURORA LOAN SERVICES, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 2:12-cv-00209-WBS-KJN<br>(Judge William B. Shubb)<br><br>**ORDER GRANTING REQUEST TO APPEAR BY PHONE AT MOTION TO DISMISS HEARING**<br><br>HEARING DATE:<br>Date:    July 2, 2012<br>Time:    2:00 P.M.<br>Place:   Courtroom 5—14th Floor<br><br>Complaint Filed:   January 11, 2012<br>Trial Date:        None Set |

    Pursuant to the written request by counsel for Plaintiff Rhoda Y. Solomon, to telephonically appear at the motion hearing set for July 2, 2012, at 2:00pm, this Court hereby grants such request.

DATED:  June 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

– 1 –
**ORDER GRANTING REQUEST TO APPEAR BY PHONE**