# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHODA Y. SOLOMON, an individual,<br><br>Plaintiff,<br>     vs.<br><br>AURORA LOAN SERVICES, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 2:12-cv-00209-WBS-KJN<br>(Judge William B. Shubb)<br><br>[~~PROPOSED~~] ORDER<br><br><br>Complaint Filed:   January 11, 2012<br>Trial Date: June 4, 2013 |

Having read the stipulation entered into between plaintiff Rhoda Solomon(Plaintiff) and defendant Aurora Loan Services, LLC (the Defendants) (collectively, the parties), that the discovery cut-off and trial dates be continued by approximately four months in order to allow Defendants additional time to review Plaintiff's HAMP loan modification package and render a decision thereon, this Court hereby grants the stipulation and orders the following:

1. That the discovery cut-off date be continued from November 26, 2012 to March 26, 2013;

2. That all motions to compel discovery must now be noticed so that they may be heard no later than March 26, 2013;

3. That all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall now be filed by 5/24/2013.

4. That the Final Pretrial Conference is continued from April 1, 2013 to 8/5/2013 at 02:00 p.m.

5. That the trial date is continued from June 4, 2013 to October 8, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE