UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| RHODA Y. SOLOMON,<br><br>        Plaintiff,<br>v.<br><br>AURORA LOAN SERVICES LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:12-cv-00209-WBS-KJN<br>(Judge William B. Shubb)<br><br>**ORDER GRANTING AURORA LOAN SERVICES LLC'S UNOPPOSED MOTION TO ATTEND PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION TELEPHONICALLY**<br><br>Hearing Date:<br>Date:  October 1, 2012<br>Time: 2:00p.m.<br>Place: Courtroom 5 – 14th Floor<br><br>Complaint Filed: January 11, 2012<br>SAC Filed:     July 20, 2012<br>Trial Date:     None Set |

Pursuant to the written request of counsel for defendant Aurora Loan Services LLC to appear telephonically at the hearing on Plaintiff's Request for Preliminary Injunction set for October, 1, 2012, at 2:00 p.m., this Court hereby grants such request

Dated:   September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE