HAROUNI LAW GROUP
KAIVAN HAROUNI [SBN 256582]
9025 Wilshire Blvd., 5th Floor
Beverly Hills, CA 90211
Telephone: 310-693-8333
Facsimile: 310-494-9499
Email: KH@harounilaw.com

Attorney for Plaintiff RHODA Y. SOLOMON

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RHODA Y. SOLOMON, an individual,<br><br>Plaintiff,<br>     vs.<br><br>AURORA LOAN SERVICES, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 2:12-cv-00209-WBS-KJN<br>(Judge William B. Shubb)<br><br>**ORDER GRANTING RHODA Y. SOLOMON'S UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE BY RHODA Y. SOLOMON AT PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION**<br><br><u>HEARING DATE:</u><br>Date:     October 1, 2012<br>Time:    2:00 P.M.<br>Place:   Courtroom 5—14th Floor<br><br>Complaint Filed:   January 11, 2012<br>Trial Date:            None Set |

Pursuant to the written request of counsel for Plaintiff Rhoda Y. Solomon, to appear

– 1 –
**ORDER**

telephonically at the hearing on Plaintiff's Request for Preliminary Injunction set for October 1, 2012 at 2:00 PM, this Court hereby grants such request.

DATED:   September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

– 2 –
**ORDER**